# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi
Northern ~~Southern~~ Division

AKA ABDul Al-Mumit ASAD Shariff
AKA Christopher T. Lewis #49733
(Pro'se)

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Burl Cain ET, AL

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 3:24cv737-TSL-MTP
(to be filled in by the Clerk's Office)



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 18 2024
BY_____ ARTHUR JOHNSTON
                              DEPUTY

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Abdul Al-Mumit Asad Shariff #49732 AKA Christopher T. Lewis pro'se
All other names by which you have been known: Bldg C Pod C-2
ID Number: 49732
Current Institution: Marshall Co. Corr. Facility
Address: 833 West Street (M.D.O.C.)
Holly Springs MS 38634

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Burl Cain
Job or Title: Commissioner of M.D.O.C.
Shield Number: Unknown
Employer: Tate Reeves (Governor)
Address: (Comm) 723 N. President St, (Gov) P.O. Box 139
Jackson MS 39200 / 39205

[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Ofc. Adam Gibbons
Job or Title: Gulfport Police Dept. (SGT)
Shield Number: 53
Employer: UNK
Address: UNK
Gulfport MS 39501

[✓] Individual capacity  [✓] Official capacity

Page 2 of 11

Defendant No. 3
Name: Ofc. Bradley Barta
Job or Title (if known): Gulfport Police Department
Shield Number:
Employer: UNK
Address: UNK
Gulfport, MS 39501
[x] Individual capacity  [x] Official capacity

Defendant No. 4
Name: Det. Kenneth Thomas
Job or Title (if known): Gulfport Police Department
Shield Number:
Employer: UNK
Address: UNK
Gulfport, MS 39501
[x] Individual capacity  [x] Official capacity   and More
3-A

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[x] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amend 5th Amend 6th Amend 8th Amend 14th Amend U.S. §§ 3:14, 3:22, 3:23, 3:27, 3:28, 3:31, 3:Sec 6, 22, 24, 53

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

All Federal Judges are being sued for the same Const. Violations in II (B)

5. Cono Coranna and Joel Smith former and present, Harrison Co. District Attys' & ADAs, Chris Fisher, Allison Baker, Scott Lusk, and Chris or Mike Smith, of the Harrison Co. DAs office, Address UNK, City of Gulfport, State of MS, Zip Code 39501.

6. Harrison Co. Public Defenders Glen Rishel, Lisa Collums, Dana Christiansen, & Mike Dyess of the Harrison Co. Public Defenders office, address P.O. Drawer CC Gulfport, MS 39501. MS. office of Indigent Appeals George Holmes, Ben Suber, address UNK Jackson, MS 39205

7. MS Atty Gen Lynn Fitch Address UNK Jackson, Miss. 39205

Judges

8. Hon. Gene Dedeaux, County Atty (Hon) Payne, Lisa P. Dodson, Sr. Keith Starret, Mag. Michael T. Parker, Sr. Sul Ozerden, (Hon) Mag. Bradley W. Rath, Sr. Chief, Louis Guirola Jr., Harrison Co. Justice court & Circuit Court and U.S. D.C. Southern Division Addresses UNK City of Gulfport, State of Mississippi 39501 All in Their Individual and Official capacity

3A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

State and local official Racial Profiling, Judicial Misconduct, Due Process Violations, and Malicious Prosecution, Federal Judges Due Process, Ethics, Ethnic Traits, and Judicial enabling and Conspiracy to Malicious Prosecution & Racial Profiling

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

On Mar, 19, 2011 I was walking down the Street with my uncle and stopped and frisked by Ofc. Gibbons (GPD) then arrested for Public Intox taken to a corner of the Street and held

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See 4(B)

A. For a long period of time, where my money was taken and other police arrived and were talking among themselves Then i was taken to the station and placed in a interrogation Room and Questioned by Detectives about a Armed Robbery I remember telling the detectives what i had done that day as far as working and hanging out at a store in my neighborhood with a friend and when the store clerk asked me to leave i left and went home and ate some lunch and i left again and walked down the street where i saw my uncle but i was going to a friends and he said ok and kept walking so i got to my friends street and saw his car gone so i went back to catch my uncle and we walked to the store and bought some beers ect., we left the store going back to my aunts home where i live and we were stopped by police and i was arrested and charged with ~~armed robbery~~ Public Drunk, So i knew nothing of an armed Robbery but i was charged anyway.

4A

IV

B On or about Apr. 25, 2011 Petitioner was afforded a Preliminary hearing and even though there was No Probable cause was binded over to the grand Jury and in June of 2011 was Indicted with no evidence and no witnesses to place him as a suspect, And set for Trial.

4 B

C. What date and approximate time did the events giving rise to your claim(s) occur?

4 (B)

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

There was no evidence or witnesses to testify against the petitioner and the victim can't be 100% certain of the identification of a robber wearing a ski mask.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The petitioner has developed and suffers from PTSD, Manic depression, anxiety, and Bipolar Disorder, and is taking meds for these issues.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

To be determined at a later time

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes  Some

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

False Imprisonment, Due Process, Racial Profiling at the Harrison County A.D.C., in Gulfport, Miss.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No       N/A

E. If you did file a grievance:

1. Where did you file the grievance?

   C.M.C.F. in Pearl, Miss a Division of the Miss. Dept. of Corr. in (Rankin Co., Miss) 39850

2. What did you claim in your grievance?

   Wrongful Imprisonment, Due Process violation, Ineffective assistance, and More

3. What was the result, if any?

   They denied it saying it was a court matter.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   Judicial Review in the Miss. CoA, S.Ct., U.S.D.C. So.Div, 5th Cir. ect

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:



2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:



G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.



*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   UN/K

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   UN/K

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____ N/A _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-10-24

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Abdul Al-Mumit Asad-Shariff Pro Se

Prison Identification #: 49732

Prison Address: 833 West Street, Holly Springs, MS 38635

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A

Printed Name of Attorney: 

Bar Number: 

Name of Law Firm: 

Address: 

Telephone Number: 

E-mail Address: